United States District Court
Southern District of Texas
**ENTERED**
August 05, 2019
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT　　　　SOUTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| Danny Ray Rancher, | § | |
|　　Plaintiff, | § | |
| | § | |
| v. | § | Civil Action H-18-1706 |
| | § | |
| Lorie Davis, | § | |
| 　　Respondent. | § | |

## Order of Adoption

On May 2, 2019, Magistrate Judge Peter Bray filed a memorandum and recommendation (13) recommending that the court deny Danny Rancher's petition. Rancher filed several documents, which the court construes as his objections. (14, 15, 17, 19) The court denies Rancher's objections and adopts the memorandum and recommendation as its memorandum and opinion. The court will issue a separate final judgment.

Signed on August ___5___, 2019, at Houston, Texas.

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　Lynn N. Hughes
　　　　　　　　　　　　　　　　　　　United States District Judge