UNITED STATES DISTRICT COURT  SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
**ENTERED**
September 25, 2019
David J. Bradley, Clerk

| | | |
|---|---|---|
| Danny Ray Rancher, | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action H-18-1706 |
| | § | |
| Lorie Davis, | § | |
| Respondent. | § | |

# Order of Adoption

On September 3, 2019, Magistrate Judge Peter Bray filed a memorandum and recommendation (24) recommending that the court deny Danny Rancher's motion for relief from the court's final judgment. Rancher filed objections. (27) The court denies Rancher's objections and adopts the memorandum and recommendation as its memorandum and opinion. The court's final judgment (22) stands.

Signed on September 25, 2019, at Houston, Texas.

Lynn N. Hughes
United States District Judge